756

In the Matter of the Appointment of Members of the COMMITTEES ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR.— Hon. Gay H. Brown of Utica, appointed as a member of the committee in the Fifth Judicial District, in the place of Hon. George E. Pritchard, deceased; and John W. Ryan, Esq., of Buffalo, appointed as a member of the committee in the Eighth Judicial District, in the place of Charles Diebold, Jr., resigned. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the APPOINTMENT OF A COMMITTEE TO INQUIRE INTO THE OPERATION OF THE JURY SYSTEM IN ERIE COUNTY.— Report of the committee ordered filed and the expenses shown by affidavit to have been incurred ordered paid, and the fees of the commissioners fixed at the sum of $100 each. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HANLON, Appellant.—Appeal dismissed pursuant to section 535 of the Code of Criminal Procedure.* Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ALBERT O. HESSE, Respondent, v. WILLIAM C. J. DOOLITTLE, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by February fifteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ACME STEEL AND MALLEABLE IRON WORKS, INCORPORATED, Appellant, v. THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK and Another, Respondents. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE ATKINSON, Respondent, v. FRANK H. FALLS, EMMETT TEATS and DOYLE GASOLINE AND OIL COMPANY, INCORPORATED, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PETER LEONARD and CATHERINE LEONARD, Appellants, v. FREDERICK G. MUNTZ, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEWIS CURCI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ISABELLE CURCI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BRIDGET MCGARY, Respondent, v. EDWARD A. KEENAN, as Executor, etc., of PATRICK REILLY, Deceased, Appellant.— Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event on the grounds that the finding of an agreement to pay the petitioner for her services to the testator other than by furnishing her a home was contrary to and against the weight of the evidence, and the petitioner's offer of purchase was erroneously excluded from evidence. All concur, except Thompson and Crosby, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.